391 A.2d 679

Commonwealth v. Divins, Appellant.

Submitted September 12, 1977. Judith B. Chomsky and Robert G. Schwartz, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 680

Commonwealth v. Dixon, Appellant.

Submitted March 20, 1978. Kenneth D. Freeman, for appellant; Eric B. Henson, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.